All right, we are here as our first case to hear Acevedo against professional transportation Mr. Smith, yes, your case has been called. Mr. Smith Appellants are here today your honor To challenge a commute time policy That was levied upon people who were hired to be drivers for the appellate appellees and the defendants in this case Appellees levy we get into the merits. I'm interested in the question whether we have an appeal Your Caption of your brief and your certificate of interest lists five elements Yes, your honor as any of those five Consented to join the litigation Yes, sir, they were all consented in a prior case that this is the this is not a prior case this is this case Have any of these five appellants consented to join this litigation? No, your honor Well, isn't that a problem? Your honor? There's here to be non parties and we have precedent saying that in Fair labor standards of litigation if the person has not consented to be a party he cannot appeal There's also an open question in this circuit in Smith versus PTI as to whether or not a named plaintiff Must consent to opt in to this to the current litigation And what do you think is the holding of Hankins against riverboat services It did say that a current that a named plaintiff must opt in. Yes, it did and You have named plaintiffs who have not opted in So do you want us to overrule Hankins? Yes, your honor But like your brief does not ask us to overrule Hankins No, because that question was not raised at the district court level and it's not on appeal Whether we have an appeal is always the first issue. We need to have appellate jurisdiction This is something every lawyer must address in every case and you can't say well It's a jurisdictional issue, but nobody's paid any attention to it. So you shouldn't either No, it's the first question in this We have a precedent on the point. It's Hankins your brief ignores Hankins. What are we supposed to do? Do you think? Since it's an open question Not according to Hankins It is according to the Smith versus PTI where this court Asked us to readdress it at a particular time and that case is that is not and did you address that question? No, we did not. No you did not. I Have great difficulty seeing that we have a proper appeal You say there's an open question which you've ignored it's a jurisdictional question Unless we have a proper notice of appeal. We have no appellate jurisdiction The opening brief of an appellant must address jurisdiction You say, you know, this is a jurisdictional question and you have deliberately elected to ignore it Perhaps hoping that we would well we won't That is not the case your honor this case We are working off of the premise that they did opt into the prior case that Prior case is a prior case You have to be a litigant in this case in order to appeal this case And the district court said in C certification order that this is a follow-on case Of course, it's a follow-on case, but it's a different case. I don't know how that could be clearer Oh Judge Rovner, did you have a question? Only if we are prepared to go on Well, I think this will be your only chance to address the merits. So let's proceed All right, then. Hello. Mr. Smith. Good morning judge if there were some number of plaintiffs in the collective Who were never subject to the commute time policy Either because they worked at a branch where the policy was not in effect Or because they had not signed the driver's manual acknowledgement Why would it be appropriate for the district court? To reach the issue of whether the commute time policy was legal Under the FLSA you see it seems to me that the court would would then be deciding an issue for some number of individuals who lacked Standing to challenge the policy in the first place Because they were not actually affected by it. I Would really appreciate some help with that So you want to know judge how the people who PTI claims were not affected by the policy would have standing Right because you know if they lack standing to challenge the policy in the first place Since they weren't affected by it, how you know, how can they Then they would not have standing your honor. And once those people were determined they would be dismissed from the case with prejudice Okay Thanks, mr. Smith, excuse me We're talking about commuting people having time deducted from commuting people who are paid and hired to be drivers And we're not talking about commuting from home to the office and from the office to home We're talking about people who are hired to be drivers To leave from a point outside of the branch or the office location To a remote location to pick up a railroad crew transport the crew as necessary and then back To where the van needs to be stored In 1947 338 days after the Supreme Court's opinion in Anderson versus Mount Clemens pottery was published Congress changed the FLSA to remove all time an employee spent traveling to or from the actual place a performance of their principal activity Also such activity must be integral and indispensable to the principal activity The principal activity in this case is driving and as circular as it sounds driving is Integral and indispensable to the principal activity of driving is from your perspective is a PTI PTI driver ever capable of commuting Yes, if they went from home to the to the PTI office where the van is stored and Even take that van back home and wait for a call. We would consider that to be commuting. It's a non-revenue Generating trip PTI does not track them and the person would be held in readiness at their home To leave to go pick up a railroad crew We have some plaintiffs here who are doing that Excuse me. We have some plaintiffs here who are doing that. Yes And we're not considering that to that is commuting your honor But from the moment they leave home To go pick up that railroad crew They must drive in the service of PTI to pick that crew up at a remote location Whether it be a siding another town or wherever Transport the crew as directed by the railroad and then return the van home Perform an inspection and then take the van to storage whether the storage be at home or back to the PTI office But the actual Driving from home or traveling any way you want to from home to the office and back we would consider that commuting Legitimately commuting In 1996 Congress reamended the FLSA with the Employee Fairness and Commuting Act It says that commuting and incidental activities of the use of such employers vehicle will not be a principal activity so long as within the normal commuting area and the use of such vehicle is Under the under agreement by either the employee or his representatives the problem with PTI is going to claim that the problem is is they're actually working while they're driving to and from picking up the railroad crew PTI considers the signature of the receipt of a handbook To be such agreement But the problem is the exceeds the scope of the agreement the handbook in that Emily talks about home to the office in the office to home Thirdly the handbook also creates Also has a valid waiver in it that it does not create any contractual agreement or relationship with PTI and the employee And fourthly is black letter law that you cannot waive your rights Under the FLSA. There's a long line of Supreme Court cases that state so if this court were to allow us to have appellate jurisdiction and Also find that the commute time policy violates the FLSA Then there's no need for any individual inquiry in the class certification All hours will be calculated in the same manner which PTI is never challenged and also that That there's no need That any discovery That's taken place in this case thus far Would be of no value to it as we will rely on PTI's records and we have no problem with the records as they have been presented to us III really need a little bit of help and I think you can give it to me The district court made the point that it could not resolve the question of Whether PTI's commute time policy was illegal under the LFSA When because so many of the plaintiffs were not subject to the policy And many of those who were subject suffered no injury from it So Where is the abuse of discretion? By the court in deciding to decertify the collective. Do you think? The abuse of discretion was that they said that there would be an individual inquiry your honor and You at PTI calculates time in two different manners one includes the commute time policy and one does not if the commute time policy is held void, then it goes back to either a local or an out-of-area pickup and The end time is reported by the driver Therefore if PTI calculated those person's hours correctly and they were not subject to The commute time policy then they would have no damages Those people, you know in a collective action they were asked to join and They probably didn't keep I know most individuals didn't keep actual records The camera is in front of you not to your side. I'm sorry, Your Honor. I'm sorry Show us the microphone The the commute time policy your honor would be void and therefore They would have no damages and they would be dismissed if they had no damages. I Would like to reserve the remainder of my time certainly counsel Mr. Lidbury, thank you, Your Honor Good morning. First of all, I apologize that the Appellees did not pick up on the fact that the opt-ins had not what were the appellees had not opted in or that I'm sorry the appellants had not opted in I agree with the court's analysis As to the merits we don't get to the merits yet. I do want you to address the jurisdictional issue The points you made are correct, Your Honor, right you did the No, it's the application of counsel for both sides To deal with jurisdiction first and the answer we just don't think about jurisdiction here is not really satisfactory. I Understand and I apologize Well proceed, thank you, Your Honor The commute policy can't be declared categorically illegal because the act expressly says that commuting is not part of the principal activities All the cases that have addressed Drivers the whole argument here is drivers drive all the cases that address those cases say it depends on the circumstances what the whose convenience is being served in Lassen the Limousine drivers were parking in their own driveways. The employer had no parking Available for the limousines It was the only place that was available or could be available for the drive for the limousines to be parked And that was effectively the company's approved parking lot so Mr. Lidbury, let me ask you this so Is it your position that? the legality of the commute time policy must be litigated on an individual basis or Could the plaintiffs winnow down the collective to include only drivers who Actually incurred a loss of pay as a result of the commute time policy during the limitations period The problem with that is that we need to determine whether there was a violation in any given Commute whether whether that commute was commuting or working and that depends on individualized facts So even determining that requires individual trials based on all the unique circumstances of each branch each driver and each trip Of the 3,400 collective members Do you have any sense of how many plaintiffs? Were not actually injured by the commute time policy. I do not have a percentage We calculated examples to make our points in the briefs your honor both below and here We did not write orically address all 500,000 trips you You have no idea of how many You know sort of globally there might be it would be speculation your honor I note that the one plaintiff that survived after the cases were were severed was We looked at him and it turns out he was had no injury as a result of the policy So that's a that's a clue, but it it and I we found other examples But I can't give you a percentage because that's the problem that requires to analyze all 3,000 some drivers and all 500,000 trips to give you that number If I answered your question your honor, thank you. Yes. Okay. Okay, so The the drivers have we've given example Samples of testimony where drivers for various reasons have a vehicle a company vehicle at their home or somewhere else I hear the Appellant saying that they don't want to they aren't trying to get Compensation for the time that they drove to the branch and grabbed a truck and brought it back home But the point is that trip now, they're at home that triggers when they leave that can trigger a commute adjustment. So It can't just exclude Ones that you don't want to cover because the whole point is that's the reason why their home is Answers the question about whose convenience is being served, right? Some of them are there to use their own bathroom to pick something up that mattered to them and etc, etc So the reason that they're initiating that that whatever trip does initiate from outside of the branch is the question and why they're there Why they're at their own home Is what the question depends on about whose Benefit is being served by them doing that many cases them being home makes the trip Makes the actual work trip harder and longer to get to not shorter and that again depends on the circumstances in terms of which way they're going I when I Looked at the reply brief It seemed to me that when we when we're talking about the drivers who use the vans to run home in order to eat lunch or use the bathroom or you know perform personal tasks while they wait for trips I got the feeling from the Reply brief that at the plaintiff seemed to concede that this last use of the vans is not compensable Am I wrong? Do you think I I think that that is the position that they're taking My counter to that is that once they're at home and they were at home for their own reasons, right? Thank you. They they went to the Branch, they picked up a vehicle there They're doing it to protect the vehicle from other drivers and for other personal reasons Now they're initiating a trip from away from the branch And the question is is did that serve PTIs benefit in any way or did it serve their benefit? Because that once they leave from their home to go pick up a crew to transport That can not always but it can trigger a commute adjustment and So the reason that their home is still intertwined with all the testimony that's that's summarized in the reply Yeah, but I got the feeling and I guess I really should ask mr. Smith That the plaintiff seemed to concede that that Was not compensable But you didn't get that feeling my feeling your honor is that they're they're not they're conceding that That if someone leaves their home goes to the branch gets a van comes home that that So far is not compensable The question that matters in the case the thing that we're litigating about is when they leave their home then to go pick up a crew If that triggers a commute adjustment because they're leaving not from the branch but from away from the branch They want compensation for that and the reason whether that's Compensable work time or commuting depends on whose convenience that served and I would suggest that that's for their convenience when they're doing it to sit in their own home use their own bathroom and protect trucks from other drivers, although Didn't some of the plaintiffs testify that it's really for the benefit of PTI too because it makes them more readily Available for a job So it seems to me if a worker is saying I can accept a job more jobs faster quicker if I'm at home then The analysis can't be that it's solely for the benefit of that driver Correct. Some drivers do make that argument and that just creates a genuine question of fact, right that we can't resolve on a collective basis It's going to depend on what branch are they working on? Where are they going what who's you know, whose benefit is being served by them doing that they contend? Oh, yeah, we were doing it for PTIs benefit. We contend that they were not they were doing it for their benefit It made their life easier didn't make our business easier So that's a fact question much like Rusano and Picardo where fact questions precluded deciding the question of whose benefit was served That's where we are and it's going to require individual trials again branch by branch Circumstances the branch where they typically are moving crews to and from And the circumstances of the driver on that given trip And you know, so trip by trip driver by driver branch by branch can't be done collectively And that I'm going to move now to the next point which is that if if Even if we could conclude that the commute time policy was uniformly Categorically always wrong every commute adjustment ever made Was illegal you still can't do this case collectively because there are several Fact issues that that are still in the way many of them as we've already talked about today Many of them didn't get a commute adjustment. They weren't they either weren't subject to the policy The branch wasn't applying it or they simply never Did a trip that triggered a commute adjustment Then there are drivers who did trigger a commute adjustment But it never impacted their minimum wage or overtime because for example they didn't work more than 40 hours a week some of them worked, you know, 10 12 hours a week and The commute adjustment wouldn't have affected their their overtime or the minimum wage. So You Yeah, so you can't just you can't jump from the commute policy is always wrong Which it isn't but even even if you could say that you can't jump to that There's a collective approach to resolving this case. You have to look at the individual circumstances of every branch every driver and every trip We Haven't even talked about damages damages is just compounded, right? It's the same question, but it's multiplied by every week We have to look at every you know, you can't just look for one week where there's an injury And the illegal violation an injury you have to look at every week you have to calculate it all So all the complications that we've talked about just get multiplied And it just can't there's no formula. There's no simple method to just calculate damages Once you know, even if you would determine liability We move on to the partial summary judgment that the plaintiffs moved for they Appeal the denial of partial summary judgment and it's really the same point, right? You can't there are too many fact issues involved in whether any particular commute Adjustment was a violation and whether it caused an impact to anyone to issue a categorical ruling that the commute Policy was was just categorically wrong It wasn't there's many commute adjustments that will be it will be legal or that didn't have any impact so the District Court correctly Declined to enter summary judgment on a partial issue that wouldn't resolve anything Discovery sanctions the plaintiffs have appealed a discovery sanction, but there's no sanction to appeal the magistrate's recommendation that they appeal Gave PTI the right to reissue the Optin the discovery to the opt-ins with a warning with an express warning that if they didn't complied this time the case might be dismissed PTI declined to do it It's decided it wasn't worth it and did not go through that extra step and let it go The District Court therefore said well, that's moot. I'm not gonna adopt that part of it And so the plaintiffs have appealed the non-issue I'm going to ask because time is running short. There's a question that I have What was what was the issue of specific personal jurisdiction As to the claims of out-of-state opt-in plaintiffs under the Supreme Court It's Bristol Myers Squibb decision ever raised in this case I ask only because I happen to know that this issue is pending before another panel It's a good question. Your honor. I don't recall off the top of my head. I think it was Raised and but it's but it hasn't been addressed in a long time And so I forget whether it was raised and what happened, but obviously it must not have been That argument must not have been accepted Okay, thanks Okay, lastly there's the Miller summary judgment the lone plaintiff left after the cases are decertified and severed turns out look at him and he has no commute adjustments during the statute of limitations period there the District Court agreed with with with the defendants that the Statute of limitations on the commute claims And and It ran a summary judgment against Miller, that's clearly the correct answer. He has no damages Does not appear to be an appellant. Why are you addressing him? I'm sorry. Miller does not appear to be an appellant Mr. Smith doesn't claim to represent him Claims are just not before us fair enough. I will conclude unless the court has any other questions Mm-hmm. Thank you. Thank you anything further. Mr. Smith The expense incurred by PTI and where they park their vans is irrelevant. It's just the part of Excuse me, it's just the cost of doing business PTI had two methods in which to calculate the hours of an employee either it adjusted with commute time Or it did not so therefore if the commute time policy is void as a matter of law Then it reverts back to what they call local area or local or out-of-area pickup and the end that's undisputed They balance or the appellees have never challenged our case our claims on that As far as calculating the damages That can be done in Excel very easily we've done it in prior to cases with PTI Miss bomb who is their controller or other official? And I have done that together and we have resolved two prior cases in the same thing in the same way As far as departing from home If a person's working from home, they're still allowed to be paid minimum wage and have their hours counted The same thing here just because the person departs from home With a PTI van going to pick up a railroad crew Brings it back does an inspection in route and back to where the van is stored That is not commuting that is working and that it was the holding of the Connecticut Court in Lassen Did you I wouldn't mind if you would respond to judge Easter books Last comment about Miller because you do address Miller in your appellate brief. Yes, ma'am When the case was decertified It became an individual action as an individual action the court left Miller in there Therefore under an individual action. He is not required to file a consent He's not required to file a consent But he is required to have a lawyer and your certificate of interest does not list him as your client That's the problem He did he did file a later opt-in After the case had been after the up the consents have been issued a second time. I'm not asking about consents I am asking whether you represent Miller Is it your position here? you have in your You know disclosure appearance statement you have the names of these four folks and then and class. Yes, ma'am Where's mr. Miller's name is are you is your position? He's right? He's He was the named plaintiff in the case He did if we think of this as a class action. He was the class representative. Yes, sir All right. So who represents Miller we did when he why didn't you list him as your client in this case? This is the case look, all right, we've got serious problems with whether we have anything before us Both parties should file within 14 days supplemental briefs Addressing the question whether there is any case before us on appeal and if so Whose interests are before us on appeal briefs will be filed simultaneously within 14 days When those briefs are received the case will be taken under advisement